ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| ESA South, Inc. | ) ASBCA Nos. 62242, 62243, 63222 |
| | ) |
| Under Contract Nos. W9128F-14-D-0014 | ) |
| W912EP-17-F-0098 | ) |

APPEARANCE FOR THE APPELLANT:       James E. Krause, Esq.
                                      James E. Krause, P.A.
                                      Jacksonville, FL

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                      Engineer Chief Trial Attorney
                                     Susan E. Symanski, Esq.
                                     Kristin M. Bigham, Esq.
                                     James M Zaleski, Esq.
                                      Engineer Trial Attorneys
                                      U.S. Army Engineer District, Jacksonville

ORDER OF DISMISSAL

The disputes have been settled.  The appeals are dismissed with prejudice.

Dated:  November 10, 2023

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62242, 62243, 63222, Appeals of ESA South, Inc., rendered in conformance with the Board's Charter.

Dated:  November 14, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals